James G. Jones, Esq.  (Bar No. 043449)
Matthew W. LaVere, Esq. (Bar No.245822)
**JONES & LESTER, L.L.P.**
300 E. Esplanade Dr., Suite 1200
Oxnard, CA 93036
Telephone:  (805) 604-2655
Facsimile:   (805) 604-2656
Email: jjones@joneslester.com
          mlavere@joneslester.com

Attorneys for
ACCESS SERVICES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MINNIS, an individual<br><br>Petitioner,<br><br>    v.<br><br>ACCESS SERVICES, a California corporation   and Does 1-10  inclusive,<br><br>Respondents. | Case No. CV13-09002-SVW (AGRx)<br><br>**ORDER OF THE COURT GRANTING STIPULATION OF THE PARTIES TO REMAND ACTION BACK TO LOS ANGELES COUNTY SUPERIOR COURT**<br><br>JS-6 |

## ORDER OF THE COURT

For good cause having been shown, the Court orders as follows:

   1) Petitioner's Writ of Mandate (District Court Case No. CV13-09002-SVW (AGRx)) is remanded back to Los Angeles County Superior Court; and

5769.66 /192172.1

**1**
**[PROPOSED] ORDER**

1    2) Respondent to bear any court costs associated with remanding this matter
2       back to Los Angeles County Superior Court.

4  **IT IS SO ORDERED.**

7  Dated: February 14, 2014

_____

The Honorable Stephen V. Wilson

5769.66 /192172.1

**2**
**[PROPOSED] ORDER**